FILED

01/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0226

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                                ORDER

BRADLEY JAY HILLIOUS,

      Defendant and Appellant.

_____

This Court granted Appellant's request for a stay of this appeal on October 31, 2023, so the Flathead County District Court could rule upon Appellant's Motion for New Trial and Request for Evidentiary Hearing. The Flathead County District Court denied the motion and supplemented the appellate record with additional district court filings on December 20, 2023. Appellant now requests the stay be lifted and a new briefing schedule set.

Upon consideration of Appellant's Unopposed Motion to Lift Stay of Appeal, with good cause appearing,

IT IS ORDERED that the stay in this matter is lifted.

IT IS FURTHER ORDERED that Appellant shall prepare, file, and serve an opening brief on or before February 5, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2024